IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ELEAZAR VILLEGAS,

      Plaintiff,                    No. CIV S-02-2225 FCD PAN P

      vs.

L. ROBINSON, et al.,

      Defendants.           ORDER

_____/

      Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

      On July 13, 2005, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. Neither party has filed objections to the findings and recommendations.

      The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

/////

1. The findings and recommendations filed July 13, 2005, are adopted in full;

2. The October 19, 2004, motion to dismiss is granted in part;

3. All claims against defendants Wicks, Varcoe, Knowles, Grannis, Driggers, Brown and McDonald are dismissed without prejudice as unexhausted;

4. All claims against Robinson and Tice, except those alleged in paragraphs 16-20 of the amended complaint, are dismissed without prejudice as unexhausted; and,

5. Defendants Robinson and Tice are required to respond to the amended complaint, which the court construes as alleging claims defendants violated plaintiff's right of access to the courts and retaliated against him for the exercise of First Amendment rights, within 30 days.

DATED: August 19, 2005

/s/ Frank C. Damrell Jr.
FRANK C. DAMRELL JR.
United States District Judge