IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ELEAZAR VILLEGAS,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>L. ROBINSON, et al.,<br><br>　　　　　　　Defendants. | Case No. 2:02-cv-2225-FCD-PAN (JFM) PC<br><br>**ORDER GRANTING EXTENSION OF TIME** |

**GOOD CAUSE APPEARING**, the Court grants Defendants' request for an extension of time for Defendants Robinson and Tice to file a motion for summary judgment. Defendants have to and including Monday, August 28, 2006, in which to file a motion.

**IT IS SO ORDERED.**

Dated: August 4, 2006.

　　　　　　　　　　　　　　　　／s／
　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

/vill2225.ext

[                *[Proposed] Order Granting Extension of Time*

1