IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **ELEAZAR VILLEGAS,** | No. CIV S-02-2225 FCD PAN P |
| Plaintiff, | **ORDER GRANTING DEFENDANTS ROBINSON AND TICE'S SECOND REQUEST FOR EXTENSION OF TIME TO FILE MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| **L. ROBINSON, et al.,** | |
| Defendants. | |

**GOOD CAUSE APPEARING**, the court grants defendants' second request for an extension of time in which to file a motion for summary judgment.  Defendants have to and including Wednesday, September 27, 2006, in which to file their motion.

**IT IS SO ORDERED**.

DATED: August 28, 2006.

UNITED STATES MAGISTRATE JUDGE

14
vill2225.ext2

1