IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ELEAZAR VILLEGAS, <br><br> Plaintiff, <br><br> v. <br><br> L. ROBINSON, et al., <br><br> Defendants. | Case No. 2:02-cv-2225-FCD-PAN (JFM) PC <br><br> ORDER GRANTING DEFENDANTS A THIRD EXTENSION OF TIME TO FILE THEIR MOTION FOR SUMMARY JUDGMENT |

On July 27, 2006, and August 24, 2006, defendants requested, and were granted, extensions of time in which to file a motion for summary judgement. On September 22, 2006, defendants requested a third extension of time in which to file a motion for summary judgment. Good cause appearing, defendants will be granted one further thirty-day extension of time in which to file their motion for summary judgment, to and including Friday, October 27, 2006. No further extensions of time will be granted.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants' third request for an extension of time, filed September 25, 2006, is granted.

2. Defendants are granted thirty days from the date of this order, to and including October 27, 2006, in which to file a motion for summary judgment.

/////

/////

1

1   3. No further extensions of time in which to file a motion for summary judgment will
2   be granted.
3   DATED: September 29, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

14
vill2225.ext3