IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ELEAZAR VILLEGAS,

        Plaintiff,                       No. CIV S-02-2225 FCD EFB P

      vs.

L. ROBINSON, et al.,

        Defendants.             ORDER

_____/

      Plaintiff requests an extension of time to file and serve an opposition to defendants' October 27, 2006 motion for summary judgment. *See* Fed. R. Civ. P. 6(b). Plaintiff's December 4, 2006 request is granted and plaintiff has 45 days from the date this order is served to file and serve an opposition to defendants' October 27, 2006 motion for summary judgment.

      So ordered.

Dated: December 19, 2006.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE