IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ELEAZAR VILLEGAS,

        Plaintiff,                     No. CIV S-02-2225 FCD EFB P

    vs.

L. ROBINSON, et al.,

        Defendants.             <u>ORDER</u>

        Plaintiff is a state prisoner proceeding pro se and *in forma pauperis* with a civil rights action pursuant to 42 U.S.C. § 1983.  Pursuant to the February 2, 2006, schedule, plaintiff's pretrial statement was due October 27, 2006, defendants' pretrial statement was due November 13, 2006, pretrial conference was set for November 17, 2006, and trial is set for February 6, 2007.

        On November 3, 2006, defendants moved to vacate the dates in the scheduling order.  Since defendants' motion for summary judgment is pending, the above dates are vacated.  *See* Fed. R. Civ. P. 16(b).

        So ordered.

Dated:  February 5, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE