IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ELEAZAR VILLEGAS,

    Plaintiff,               No. CIV S-02-2225 FCD EFB P

    vs.

L. ROBINSON, et al.,

    Defendants.          <u>ORDER</u>

                           /

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On February 26, 2008, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Defendants have filed objections to the findings and recommendations.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a <u>de novo</u>  review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed February 26, 2008, are adopted in full;

2. Defendants' October 27, 2006, motion for summary judgment is denied as to plaintiff's retaliation claim and granted in all other respects;

3. Plaintiff is granted 30 days to file a pretrial statement; and

4. Defendants are granted 20 days from the date of service of plaintiff's pretrial statement to file a pretrial statement.

DATED: March 24, 2008.

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE