1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10   ELEAZAR VILLEGAS,

11             Plaintiff,              No. CIV S-02-2225 FCD EFB P

12        vs.

13   L. ROBINSON, et al.,
                                       ORDER AND FINDINGS &
14             Defendants.             RECOMMENDATIONS
     _____/

15

16        Plaintiff is a prisoner, without counsel, seeking relief for alleged civil rights violations.

17   *See* 42 U.S.C. § 1983.  On March 25, 2008, the court gave plaintiff 30 days in which to file a

18   pretrial statement.  The 30-day period has passed and plaintiff has not filed a pretrial statement

19   or otherwise responded to that order.

20        Accordingly, it is hereby ORDERED that defendants are relieved of their obligation to

21   file a pretrial statement.

22        Further, it is hereby RECOMMENDED that this action be dismissed.  *See* Fed. R. Civ. P.

23   16(f); Local Rule 11-110.

24        These findings and recommendations are submitted to the United States District Judge

25   assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty days

26   after being served with these findings and recommendations, any party may file written

                                       1

1  objections with the court and serve a copy on all parties.  Such a document should be captioned

2  "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections

3  within the specified time may waive the right to appeal the District Court's order. *Turner v.*

4  *Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

5  DATED:  May 5, 2008.

6
7                                   EDMUND F. BRENNAN
                                    UNITED STATES MAGISTRATE JUDGE
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26